## Willie Wise v. The State.

### No. 1371. Decided November 15, 1911.

**Carrying Pistol—Statement of Facts.**

Where the statement of facts was filed more than twenty days after the adjournment of the County Court, it could not be considered, although the court allowed thirty days.

Appeal from the County Court of Dallas at Law. Tried below before the Hon. W. F. Whitehurst.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $200 and twelve months confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, and *R. M. Clark,* County Attorney, and *Curie McCutcheon,* Assistant, for the State.—Cited cases in opinion.

PRENDERGAST, Judge.—From a conviction for unlawfully carrying a pistol on and about his person, the appellant appeals and claims several errors in the proceedings.

The State contends that as the statement of facts was filed more than twenty days after the adjournment of court, notwithstanding the court allowed thirty days for that purpose, that the statement of facts can not be considered, and cites us to Misso v. State, 61 Texas Crim. Rep., 241, 135 S. W., 1173; Sullivan v. State, 62 Texas Crim. Rep., 410, 137 S. W., 700, and Mosher v. State, 62 Texas Crim. Rep., 42, 136 S. W., 467. These authorities are in point and we can not consider the statement of facts.

Appellant raises no question that can be considered without a statement of the facts.

The judgment is therefore affirmed.

*Affirmed.*